# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE BOSLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR,<br><br>        Defendant. | Case No. 1:15-cv-01458-SAB-PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF NO. 6)<br><br>THIRTY DAY DEADLINE |

Plaintiff Robert Bosley is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

On January 20, 2015, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim. (ECF No. 6.) Plaintiff was directed to file an amended complaint within thirty days from the date of service. (Id.) The thirty day period has expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, Plaintiff shall show cause within thirty (30) days as to why this action should not be dismissed. Failure to comply with this order will result in dismissal of this action

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on October 23, 2015. (ECF No. 5.)

1 for failure to comply with a court order and failure to state a cognizable claim upon which relief
2 may be granted.

3
4 IT IS SO ORDERED.

5 Dated: **March 4, 2016**

UNITED STATES MAGISTRATE JUDGE