# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE BOSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CDCR,<br><br>　　　　Defendant. | 1:15-cv-01458-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF No. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　　Plaintiff Robert Dewayne Bosley is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action on September 25, 2015. (ECF No. 1.) On October 23, 2015, Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 5.)

　　　　On January 20, 2016, an order was entered, dismissing the complaint in this action for failure to state a claim and granting Plaintiff leave to file an amended complaint. (ECF No. 6.) Plaintiff failed to file an amended complaint, and on March 4, 2016, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed for failure to state a claim upon which relief could be granted and failure to obey a court order. (ECF No. 7.) On March 23, 2016, Plaintiff filed a response to the order to show cause. (ECF No. 8.) In his response, Plaintiff seeks dismissal of this action without prejudice. (ECF No. 8 at 2:5.) The Court construes the motion as one requesting voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 18, 2016**

UNITED STATES MAGISTRATE JUDGE